**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN GUERTIN,<br><br>                                   Plaintiff,<br><br>vs.<br><br>ONE WEST BANK, FSB, et al.,<br><br>                                   Defendants. | Case No. 2:11-cv-01531-JCM-PAL<br><br>**ORDER**<br><br>(IFP App - Dkt. #1) |

Plaintiff Karen Guertin is proceeding in this action pro se and in forma pauperis. On March 6, 2012, the court entered an Order (Dkt. #4) approving Plaintiff's Application to Proceed In Forma Pauperis (Dkt. #1) and screening Plaintiff's Complaint (Dkt. #5) pursuant to 28 U.S.C. § 1915. The court found Plaintiff's Complaint stated a claim for statutorily defective foreclosure and quiet title against . The court dismissed the remainder of Plaintiff's claims with leave to amend. Plaintiff was allowed thirty days, or until April 5, 2012, to file an amended complaint if she believed she could cure the deficiencies noted in the court's Order. The Order stated that the court would either screen Plaintiff's amended complaint or direct service of the original Complaint after the April 5, 2012, deadline had expired. Plaintiff has not filed an amended complaint or requested an extension of time in which to do so.

Accordingly,

**IT IS ORDERED:**

1.  The Clerk of the Court shall issue summons to Defendants One West Bank, FSB, and Regional Trustee Services Corporation, and deliver the same to the U.S. Marshal for service. Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285. Within twenty days after receiving from the U.S. Marshal a

copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether the Defendants were served. If Plaintiff wishes to have service again attempted on an unserved Defendant, a motion must be filed with the court identifying the unserved Defendant and specifying a more detailed name and/or address for said Defendant, or whether some other manner of service should be attempted. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 120 days from the date this order is entered.

2. From this point forward, Plaintiff shall serve upon Defendants, or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading motion or other document submitted for consideration by the court. Plaintiff shall include with the original papers submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the Defendants. The court may disregard any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge, or the Clerk which fails to include a certificate of service.

Dated this 6th day of April, 2012.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE